**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Zachary Johnson
                         Plaintiff,

v.                                          Case No.: 1:14–cv–10280
                                                 Honorable Frederick J. Kapala

Bessie Dominguez, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 5, 2015:

       MINUTE entry before the Honorable Iain D. Johnston: The Court assigns Christopher Bloom from KL Gates LLP as counsel for the plaintiff. Mr. Bloom is located at KL Gates LLP, 70 West Madison Suite 3100, Chicago IL 60602. The phone number is 312–372–1121. Attorney Christopher A. Bloom is added to the case. Plaintiff's counsel has until 7/6/2015 to file any amended complaint in accordance with Judge Kapala's order dated 3/9/2015 (Doc. [14]). Mailed notice (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.